|  |  |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND<br><br>v.<br><br>PURCELL S. LUKE | * IN THE<br><br>* SUPREME COURT<br><br>* OF MARYLAND<br><br>* AG No. 83<br><br>* September Term, 2022<br><br>* |

**O R D E R**

Upon consideration of the Joint Petition for Reprimand filed by the Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, Purcell S. Luke, on August 29, 2023, in the above-captioned case, in which the parties advise that the Respondent agrees that his conduct, as described in the Joint Petition, violated Rules 1.1 (competence), 1.3 (diligence), 1.4(a) and (b) (communication), 1.15 (safekeeping property), 1.16(d) (declining or terminating representation), 8.1(b) (disciplinary matters) and 8.4(d) (misconduct) of the Maryland Attorneys' Rules of Professional Conduct and that the Respondent consents to a reprimand as the appropriate sanction, it is this 1st day of September 2023

ORDERED, by the Supreme Court of Maryland, that the Respondent, Purcell S. Luke, is REPRIMANDED for violating Rules 1.1 (competence), 1.3 (diligence), 1.4(a) and (b) (communication), 1.15 (safekeeping property), 1.16(d) (declining or terminating representation), 8.1(b) (disciplinary matters) and 8.4(d) (misconduct) of the Maryland Attorneys' Rules of Professional Conduct.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk

/s/ Michele D. Hotten
Justice